IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM DARRELL EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-209 |
| | § | |
| LORIE DAVIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

# <u>ORDER</u>

The Court is in receipt of the Magistrate Judge's August 21, 2018 Memorandum and Recommendation ("M&R"), Dkt. No. 8; Defendant Lorie Davis's ("Davis") Motion to Dismiss, Dkt. No. 12; Plaintiff's Response to Defendant's Motion to Dismiss, Dkt. No. 15; and the Magistrate Judge's March 14, 2019 M&R, Dkt. No. 19. Plaintiff has filed no objections to the M&Rs.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the August 21, 2018 M&R, Dkt. No. 8, in substance.[1] The Court therefore **DISMISSES** Defendant Joni White ("White") and all claims except for Plaintiff's equal protection claim against Defendant Davis in her official capacity for injunctive and declaratory relief.

Further, the Court **ADOPTS** the March 14, 2019 M&R, Dkt. No. 19. The Court therefore **DENIES** Defendant Davis's Motion to Dismiss, Dkt. No. 12.

SIGNED this 13th day of May, 2019.

Hilda Tagle
Senior United States District Judge

---

[1] The published M&R appears to contain a duplicate of the substance of the Magistrate Judge's memorandum and recommendation. *Compare* Dkt. No. 8 at 1–9, *with* Dkt. No. 8 at 9–19.