IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM DARRELL EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-209 |
| | § | |
| LORIE DAVIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Defendant's Motion for Judgment on the Pleadings, Dkt. No. 28; Defendant's Supplement to the Motion for Judgment on the Pleadings, Dkt. No. 31; Plaintiff's Response to Defendant's Motion, Dkt. No. 32; the Magistrate Judge's Amended Memorandum and Recommendation ("M&R"), Dkt. No. 36; and Defendant's Objections to the M&R, Dkt. No. 41.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 36. The Court **DENIES** Defendant's Motion for Judgment on the Pleadings, Dkt. No. 28.

SIGNED this 28th day of October, 2019.

_____
Hilda Tagle
Senior United States District Judge