Case 2:18-cv-00209 Document 61 Filed on 08/07/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 07, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM DARRELL EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-209 |
| | § | |
| LORIE DAVIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Defendant's Motion for Summary Judgment, Dkt. No. 53; Plaintiff's Response, Dkt. No. 58; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 59; and Plaintiff's Objections to the M&R, Dkt. No. 60.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 59. Accordingly, the Court **GRANTS** Defendant's Motion for Summary Judgment, Dkt. No. 53. This case is **DISMISSED WITH PREJUDICE**.

Final judgment will be entered separately.

SIGNED this 7 day of August, 2020.

Hilda Tagle
Senior United States District Judge